**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Newark DIVISION**

In re: DANDANA LLC         §    Case No. 13-15097
                           §
                           §
                           §
   Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Eric R. Perkins, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $476,112.14 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $1,665,712.20 | | |

3) Total gross receipts of $2,930,244.21 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $788,419.87 (see **Exhibit 2**), yielded net receipts of $2,141,824.34 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,665,712.20 | $1,665,712.20 | $1,665,712.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $7,877.44 | $7,877.44 | $7,877.44 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $954,249.51 | $888,442.62 | $468,234.70 | $468,234.70 |
| **TOTAL DISBURSEMENTS** | $954,249.51 | $2,562,032.26 | $2,141,824.34 | $2,141,824.34 |

4) This case was originally filed under chapter 7 on 03/12/2013. The case was pending for 90 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/09/2020        By: /s/ Eric R. Perkins
                                    Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Settlement with Debtor and Debtor's Principal | 1249-000 | $5,000.00 |
| Deposit Reversal: RECORDED IN ERROR ON WRONG CASE LEDGER. CHECK NOT SUBMITTED TO BANK. CHECK PROPERLY RECORDED AND DEPOSITED IN SAADATI CASE NO. 15-17205. | 1280-000 | -$2,000.00 |
| RECORDED IN ERROR ON WRONG CASE LEDGER. CHECK NOT SUBMITTED TO BANK. CHECK PROPERLY RECORDED AND DEPOSITED IN SAADATI CASE NO. 15-17205. | 1280-000 | $2,000.00 |
| Breach of Contract Suit in Dubai vs MBC FZ-LLC | 1241-000 | $2,925,244.21 |
| **TOTAL GROSS RECEIPTS** | | **$2,930,244.21** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TARTER KRINSKY & DROGIN LLP as Attorneys for Dandana LLC | DEBTOR'S PARTIAL SURPLUS DISTRIBUTION IN ACCORDANCE WITH COURT ORDER DATED 4/3/2020 AS DOC NO. 139 | 8200-002 | $300,000.00 |
| DANDANA LLC | DEBTOR'S SURPLUS CHECK | 8200-002 | $488,419.87 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$788,419.87** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Eric R. Perkins | 2100-000 | NA | $87,348.10 | $87,348.10 | $87,348.10 |
| Trustee, Expenses - Eric R. Perkins | 2200-000 | NA | $996.97 | $996.97 | $996.97 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $223.00 | $223.00 | $223.00 |
| Bond Payments - BOND | 2300-000 | NA | $702.36 | $702.36 | $702.36 |
| Bond Payments - INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $7.97 | $7.97 | $7.97 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $1,066.39 | $1,066.39 | $1,066.39 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $520.00 | $520.00 | $520.00 |
| Other State or Local Taxes (post-petition) - STATE OF NEW JERSEY | 2820-000 | NA | $79,232.00 | $79,232.00 | $79,232.00 |
| Other State or Local Taxes (post-petition) - United States Treasury | 2820-000 | NA | $310,216.70 | $310,216.70 | $310,216.70 |
| Other Chapter 7 Administrative Expenses - CETRA LANGUAGE SOLUTIONS | 2990-000 | NA | $957.69 | $957.69 | $957.69 |
| Other Chapter 7 Administrative Expenses - CLERK OF THE COURT | 2990-000 | NA | $13.00 | $13.00 | $13.00 |
| Other Chapter 7 Administrative Expenses - EXPERT TRANSLATION BUREAU, LLC | 2990-000 | NA | $1,437.80 | $1,437.80 | $1,437.80 |
| Other Chapter 7 Administrative Expenses - THE CONSULATE GENERAL OF THE UAE | 2990-000 | NA | $1,093.34 | $1,093.34 | $1,093.34 |
| Other Chapter 7 Administrative Expenses - TREASURER, STATE OF NEW JERSEY | 2990-000 | NA | $40.00 | $40.00 | $40.00 |
| Other Chapter 7 Administrative Expenses - U. S. DEPARTMENT OF STATE | 2990-000 | NA | $8.00 | $8.00 | $8.00 |
| Other Chapter 7 Administrative Expenses - Stars for Art Production FZ, LLC Chesley Oriel, Esq. | 2990-000 | NA | $149,571.00 | $149,571.00 | $149,571.00 |
| Attorney for Trustee Fees (Other Firm) - Hamdan AlShamsi, Esq. | 3210-000 | NA | $893,663.26 | $893,663.26 | $893,663.26 |
| Attorney for Trustee Fees (Other Firm) - McElroy, Deutsch, Mulvaney & Carpenter | 3210-000 | NA | $116,389.00 | $116,389.00 | $116,389.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Other Firm) - Hamdan AlShamsi, Esq. | 3220-000 | NA | $1,455.59 | $1,455.59 | $1,455.59 |
| Attorney for Trustee Expenses (Other Firm) - McElroy, Deutsch, Mulvaney & Carpenter | 3220-000 | NA | $6,161.53 | $6,161.53 | $6,161.53 |
| Accountant for Trustee Fees (Other Firm) - WILLIAM M. MONAHAN | 3410-000 | NA | $14,608.50 | $14,608.50 | $14,608.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$1,665,712.20** | **$1,665,712.20** | **$1,665,712.20** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | Department of Treasury Internal Revenue Service | 5800-000 | NA | $7,877.44 | $7,877.44 | $7,877.44 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$7,877.44** | **$7,877.44** | **$7,877.44** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Level 3 Communications, LLC | 7100-000 | $59,990.60 | $31,317.01 | $31,317.01 | $31,317.01 |
| 1I | Level 3 Communications, LLC | 7990-000 | NA | NA | $347.23 | $347.23 |
| 2 | Stars for Art Production FZ, LLC Chesley Oriel, Esq. | 7100-000 | $425,000.00 | $425,429.00 | $0.00 | $0.00 |
| 3 | Stars for Art Production FZ, LLC Chesley Oriel, Esq. | 7100-000 | $425,000.00 | $425,429.00 | $425,429.00 | $425,429.00 |
| 3I | Stars for Art Production FZ, LLC Chesley Oriel, Esq. | 7990-000 | NA | NA | $4,717.02 | $4,717.02 |
| 4PI | Department of Treasury Internal Revenue Service | 7990-000 | NA | NA | $87.34 | $87.34 |
| 4U | Department of Treasury Internal Revenue Service | 7200-000 | NA | $6,267.61 | $6,267.61 | $6,267.61 |
| 4UI | Department of Treasury Internal Revenue Service | 7990-000 | NA | NA | $69.49 | $69.49 |
| N/F | Eliza Elturk | 7100-000 | $15,000.00 | NA | NA | NA |
| N/F | TD Bank | 7100-000 | $29,258.91 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$954,249.51** | **$888,442.62** | **$468,234.70** | **$468,234.70** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 13-15097 | Trustee Name: | (500310) Eric R. Perkins |
| Case Name: | DANDANA LLC | Date Filed (f) or Converted (c): | 03/12/2013 (f) |
| | | § 341(a) Meeting Date: | 04/29/2013 |
| For Period Ending: | 09/09/2020 | Claims Bar Date: | 09/10/2013 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | TD Bank | 0.00 | 0.00 | | 0.00 | FA |
| 2* | Settlement with Debtor and Debtor's Principal (u)<br>Order Compelling Payment of Settlement Funds entered 5/22/2015 as Doc No. 37. (See Footnote) | 65,000.00 | 65,000.00 | | 5,000.00 | FA |
| 3* | Perkins vs Dandana, LLC, et al. Adv Pro No. 16-01598 (u)<br>Adv. Pro. 16-01598 (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Breach of Contract Suit in Dubai vs MBC FZ-LLC (u)<br>Final Judgment entered by the Dubai Court in Case Number 1424/2014 on April 19, 2017. | 1,000,000.00 | 1,000,000.00 | | 2,925,244.21 | FA |
| 4 | **Assets Totals (Excluding unknown values)** | **$1,065,000.00** | **$1,065,000.00** | | **$2,930,244.21** | **$0.00** |

RE PROP# 2   Debtor defaulted on settlement resulting in the institution of Adv Pro. No. 16-01598. See Prop #3 below.
Resolved by way of Settlement Order dated entered 1/13/20 as Docket Entry No.120.

RE PROP# 3   Resolved by way of Settlement Order dated entered 1/13/20 as Docket Entry No.120 and Stipulation of Dismissal filed in Adv Pro No. 16-01598 on 1/29/20 as Doc No. 43.

**Major Activities Affecting Case Closing:**

| Initial Projected Date Of Final Report (TFR): | 12/31/2014 | Current Projected Date Of Final Report (TFR): | 04/30/2020 (Actual) |

09/09/2020
Date

/s/Eric R. Perkins
Eric R. Perkins

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 1

| Case No.: | 13-15097 | Trustee Name: | Eric R. Perkins (500310) |
|---|---|---|---|
| Case Name: | DANDANA LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***8812 | Account #: | ******9766 Checking Account |
| For Period Ending: | 09/09/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/06/14 | {2} | METRO MEDIA GROUP, LLC | SETTLEMENT PAYMENT (1 of 25) | 1249-000 | 2,500.00 | | 2,500.00 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,490.00 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,480.00 |
| 08/20/14 | 101 | BERGEN COUNTY CLERK | FILING FEE FOR MORTGAGE AND SECURITY AGREEMENT ON DEBTOR'S PRINCIPAL'S PROPERTY LOCATED IN SADDLE RIVER, NJ | 2700-000 | | 223.00 | 2,257.00 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,247.00 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,237.00 |
| 10/23/14 | {2} | METRO MEDIA GROUP, LLC | SETTLEMENT PAYMENT (2 of 25) | 1249-000 | 2,500.00 | | 4,737.00 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,727.00 |
| 11/03/14 | {2} | METRO MEDIA GROUP, LLC | Reversed Deposit 100002 1 SETTLEMENT PAYMENT (2 of 25) | 1249-000 | -2,500.00 | | 2,227.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,217.00 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,207.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,197.00 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,187.00 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,177.00 |
| 04/07/15 | {2} | CITIBANK, N.A. | SETTLEMENT PAYMENT (2 of 25) | 1249-000 | 2,500.00 | | 4,677.00 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,667.00 |
| 05/13/15 | {2} | METRO MEDIA GROUP, LLC | SETTLEMENT PAYMENT (3 of 25) | 1249-000 | 2,500.00 | | 7,167.00 |
| 05/23/15 | {2} | METRO MEDIA GROUP, LLC | Reversed Deposit 100004 1 SETTLEMENT PAYMENT (3 of 25) | 1249-000 | -2,500.00 | | 4,667.00 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,657.00 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,647.00 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,637.00 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,627.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,617.00 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,607.00 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,597.00 |

**Page Subtotals:** $5,000.00    $403.00

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 2

| Case No.: | 13-15097 | Trustee Name: | Eric R. Perkins (500310) |
|---|---|---|---|
| Case Name: | DANDANA LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***8812 | Account #: | ******9766 Checking Account |
| For Period Ending: | 09/09/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/31/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,587.00 |
| 01/29/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,577.00 |
| 02/17/16 | 102 | INTERNATIONAL SURETIES, LTD. | BOND #016026384 | 2300-000 |  | 7.97 | 4,569.03 |
| 03/01/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,559.03 |
| 03/31/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,549.03 |
| 04/29/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,539.03 |
| 05/31/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,529.03 |
| 06/30/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,519.03 |
| 07/29/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,509.03 |
| 08/31/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,499.03 |
| 09/30/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,489.03 |
| 10/31/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,479.03 |
| 11/30/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,469.03 |
| 12/30/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,459.03 |
| 01/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,449.03 |
| 02/28/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,439.03 |
| 03/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,429.03 |
| 04/28/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,419.03 |
| 05/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 4,409.03 |
| 06/21/17 |  | DARYUSH SAADATI | RECORDED IN ERROR ON WRONG CASE LEDGER. CHECK NOT SUBMITTED TO BANK. CHECK PROPERLY RECORDED AND DEPOSITED IN SAADATI CASE NO. 15-17205. | 1280-000 | 1,000.00 |  | 5,409.03 |
| 06/21/17 |  | DARYUSH SAADATI | RECORDED IN ERROR ON WRONG CASE LEDGER. CHECK NOT SUBMITTED TO BANK. CHECK PROPERLY RECORDED AND DEPOSITED IN SAADATI CASE NO. 15-17205. | 1280-000 | 1,000.00 |  | 6,409.03 |
| 06/21/17 |  | DARYUSH SAADATI | Deposit Reversal: RECORDED IN ERROR ON WRONG CASE LEDGER. CHECK NOT SUBMITTED TO BANK. CHECK PROPERLY RECORDED AND DEPOSITED IN SAADATI CASE NO. 15-17205. | 1280-000 | -1,000.00 |  | 5,409.03 |

**Page Subtotals:** $1,000.00     $187.97

{ } Asset Reference(s)     **UST Form 101-7-TDR ( 10 /1/2010)**     ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 13-15097 | Trustee Name: | Eric R. Perkins (500310) |
|---|---|---|---|
| Case Name: | DANDANA LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***8812 | Account #: | ******9766 Checking Account |
| For Period Ending: | 09/09/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/21/17 |  | DARYUSH SAADATI | Deposit Reversal: RECORDED IN ERROR ON WRONG CASE LEDGER. CHECK NOT SUBMITTED TO BANK. CHECK PROPERLY RECORDED AND DEPOSITED IN SAADATI CASE NO. 15-17205. | 1280-000 | -1,000.00 |  | 4,409.03 |
| 06/30/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 4,399.03 |
| 07/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 4,389.03 |
| 08/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 4,379.03 |
| 09/28/17 | 103 | CETRA LANGUAGE SOLUTIONS | PAYMENT FOR TRANSLATION SERVICES | 2990-000 |  | 957.69 | 3,421.34 |
| 09/29/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 3,411.34 |
| 10/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 3,401.34 |
| 11/30/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 3,391.34 |
| 12/29/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 3,381.34 |
| 01/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 3,371.34 |
| 02/02/18 | 104 | INTERNATIONAL SURETIES, LTD. | BOND #016026384, TERM: 01/01/18 TO 01/01/19 | 2300-000 |  | 1.06 | 3,370.28 |
| 02/14/18 | 105 | The Consulate of the United Arab Emirates of New York City | Payment for authentication of P.O.A. Voided on 06/26/2018 | 2990-004 |  | 600.00 | 2,770.28 |
| 02/28/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 2,760.28 |
| 03/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 2,750.28 |
| 04/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 2,740.28 |
| 05/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 2,730.28 |
| 06/26/18 | 105 | The Consulate of the United Arab Emirates of New York City | Payment for authentication of P.O.A. Voided: check issued on 02/14/2018 | 2990-004 |  | -600.00 | 3,330.28 |
| 06/29/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 3,320.28 |
| 07/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 3,310.28 |
| 08/13/18 | 106 | CLERK OF THE COURT | PAYMENT OF CERTIFIED COPY OF RETENTION ORDER OF SPECIAL COUNSEL FOR AUTHENTICATION OF ORDER REQUIRED BY DUBAI LAW | 2990-000 |  | 13.00 | 3,297.28 |
| 08/13/18 | 107 | TREASURER, STATE OF NEW JERSEY | NEXT-DAY EXPEDITED PROCESSING FEE | 2990-000 |  | 40.00 | 3,257.28 |
| 08/21/18 | 108 | U. S. DEPARTMENT OF STATE | P.O.A. CERTIFICATION AS REQUIRED BY DUBAI LAW | 2990-000 |  | 8.00 | 3,249.28 |
| 08/21/18 | 109 | U. S. DEPARTMENT OF STATE | RETENTION ORDER CERTIFICATION Voided on 11/14/2018 | 2990-004 |  | 8.00 | 3,241.28 |
|  |  |  | **Page Subtotals:** |  | **-$1,000.00** | **$1,167.75** |  |

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 4

| **Case No.:** | 13-15097 | **Trustee Name:** | Eric R. Perkins (500310) |
|---|---|---|---|
| **Case Name:** | DANDANA LLC | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***8812 | **Account #:** | ******9766 Checking Account |
| **For Period Ending:** | 09/09/2020 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,231.28 |
| 09/21/18 | | THE CONSULATE GENERAL OF THE UAE | CASHIER'S CHECK NO. 201150396 FOR AUTHENTICATION OF RETENTION ORDER AS REQUIRED BY DUBAI LAW | 2990-000 | | 546.67 | 2,684.61 |
| 09/21/18 | | THE CONSULATE GENERAL OF THE UAE | CASHIER'S CHECK NO. 201150397 FOR AUTHENTICATION OF RETENTION ORDER AS REQUIRED BY DUBAI LAW | 2990-000 | | 546.67 | 2,137.94 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,132.94 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,127.94 |
| 11/14/18 | 109 | U. S. DEPARTMENT OF STATE | RETENTION ORDER CERTIFICATION Voided: check issued on 08/21/2018 | 2990-004 | | -8.00 | 2,135.94 |
| 02/13/19 | 110 | INTERNATIONAL SURETIES, LTD. | Bond #016026384; Term 01/01/19 to 01/01/20 | 2300-000 | | 0.64 | 2,135.30 |
| 04/24/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******2117 | Transition Debit to Metropolitan Commercial Bank acct 3910032117 | 9999-000 | | 2,135.30 | 0.00 |
| | | | **COLUMN TOTALS** | | 5,000.00 | 5,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 2,135.30 | |
| | | | **Subtotal** | | 5,000.00 | 2,864.70 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.00** | **$2,864.70** | |

{ } Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 5

| Case No.: | 13-15097 | Trustee Name: | Eric R. Perkins (500310) |
|---|---|---|---|
| Case Name: | DANDANA LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8812 | Account #: | ******2117 Checking Account |
| For Period Ending: | 09/09/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/24/19 | | Transfer Credit from Rabobank, N.A. acct ******9766 | Transition Credit from Rabobank, N.A. acct 5005599766 | 9999-000 | 2,135.30 | | 2,135.30 |
| 10/14/19 | 1000 | EXPERT TRANSLATION BUREAU, LLC | PAYMENT OF INVOICE NO. 004579 FOR TRANSLATION SERVICES RE: DUBAI FINAL ENFORCEMENT JUDGMENT 2019 | 2990-000 | | 1,437.80 | 697.50 |
| 11/07/19 | | Hamdan AlShamsi, Esq. | SETTLEMENT PROCEEDS FROM DUBAI ACTION APPROVED PURSUANT TO COURT ORDER DATED 10/30/2019 AS DOCKET ENTRY NO. 99 | | 2,030,125.36 | | 2,030,822.86 |
| | | Hamdan AlShamsi, Esq. Hamdan AlShamsi, Esq. | SPECIAL COUNSEL FEES APPROVED PURSUANT TO COURT ORDER DATED 10/30/2019 AS DOCKET ENTRY NO. 99  -$893,663.26 | 3210-000 | | | |
| | | Hamdan AlShamsi, Esq. Hamdan AlShamsi, Esq. | SPECIAL COUNSEL EXPENSES APPROVED PURSUANT TO COURT ORDER DATED 10/30/2019 AS DOCKET ENTRY NO. 99  -$1,455.59 | 3220-000 | | | |
| | {4} | | SETTLEMENT PROCEEDS FROM DUBAI ACTION APPROVED PURSUANT TO COURT ORDER DATED 10/30/2019 AS DOCKET ENTRY NO. 99  $1,135,006.51 | 1241-000 | | | |
| | {4} | | SETTLEMENT PROCEEDS FROM DUBAI ACTION PURSUANT TO COURT ORDER DATED 10/30/2019 AS DOCKET ENTRY NO. 99  $1,790,237.70 | 1241-000 | | | |
| 12/30/19 | 1001 | McElroy, Deutsch, Mulvaney & Carpenter, LLP | FIRST INTERIM FEES APPROVED AS PER COURT ORDER DATED 12/19/19 AS DOCKET ENTRY NO. 117 | 3210-000 | | 71,791.00 | 1,959,031.86 |
| 12/30/19 | 1002 | McElroy, Deutsch, Mulvaney & Carpenter | FIRST INTERIM EXPENSES APPROVED AS PER COURT ORDER DATED 12/19/19 AS DOCKET ENTRY NO. 117 | 3220-000 | | 3,506.67 | 1,955,525.19 |
| 02/05/20 | 1003 | INTERNATIONAL SURETIES, LTD. | BLANKET BOND #016026384; TERM 01/01/2020 to 01/01/2021 | 2300-000 | | 700.66 | 1,954,824.53 |
| 02/20/20 | 1004 | Level 3 Communications, LLC | INTERIM PAYMENT AS PER COURT ORDER ENTERED 2/19/20 AS DOC NO. 124 | 7100-000 | | 31,317.01 | 1,923,507.52 |
| 02/20/20 | 1005 | Chesley Oriel, as Attorney for Stars for Art Production FZ, LLC | INTERIM PAYMENT AS PER COURT ORDER ENTERED 2/19/20 AS DOC NO. 124 & COURT ORDER 1/13/20 AS DOC NO 120 | | | 575,000.00 | 1,348,507.52 |
| | | Stars for Art Production FZ, LLC Chesley Oriel, Esq. | INTERIM PAYMENT AS PER COURT ORDER ENTERED 2/19/20 AS DOC NO. 124 & COURT ORDER 1/13/20 AS DOC NO 120  $425,429.00 | 7100-000 | | | |

Page Subtotals: **$2,032,260.66**    **$683,753.14**

{ } Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 6

| Case No.: | 13-15097 | Trustee Name: | Eric R. Perkins (500310) |
|---|---|---|---|
| Case Name: | DANDANA LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8812 | Account #: | ******2117 Checking Account |
| For Period Ending: | 09/09/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  |  | Stars for Art Production FZ, LLC Chesley Oriel, Esq. | INTERIM PAYMENT AS PER COURT ORDER ENTERED 2/19/20 AS DOC NO. 124 & COURT ORDER 1/13/20 AS DOC NO 120  $149,571.00 | 2990-000 |  |  |  |
| 02/20/20 | 1006 | Dept. of the Treasury - Internal Revenue Service | INTERIM PAYMENT AS PER COURT ORDER DATED 2/19/2020 AS DOC NO. 124 |  |  | 14,145.05 | 1,334,362.47 |
|  |  | Department of Treasury Internal Revenue Service | INTERIM PAYMENT AS PER COURT ORDER DATED 2/19/2020 AS DOC NO. 124  $7,877.44 | 5800-000 |  |  |  |
|  |  | Department of Treasury Internal Revenue Service | INTERIM PAYMENT AS PER COURT ORDER DATED 2/19/2020 AS DOC NO. 124  $6,267.61 | 7200-000 |  |  |  |
| 03/19/20 | 1007 | United States Treasury | PAYMENT OF 2019 ESTIMATED FEDERAL TAXES IN ACCORDANCE WITH CONSENT ORDER ENTERED 3/18/2020 AS DOC NO. 131. | 2820-000 |  | 310,216.70 | 1,024,145.77 |
| 03/31/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 1,066.39 | 1,023,079.38 |
| 04/06/20 | 1008 | TARTER KRINSKY & DROGIN LLP as Attorneys for Dandana LLC | DEBTOR'S PARTIAL SURPLUS DISTRIBUTION IN ACCORDANCE WITH COURT ORDER DATED 4/3/2020 AS DOC NO. 139 | 8200-002 |  | 300,000.00 | 723,079.38 |
| 04/15/20 |  | STATE OF NEW JERSEY | PAYMENT OF 2019 STATE TAXES IN ACCORDANCE WITH CONSENT ORDER ENTERED 3/18/2020 AS DOC NO. 131. | 2820-000 |  | 79,232.00 | 643,847.38 |
| 08/17/20 | 1009 | ERIC R. PERKINS, TRUSTEE | TRUSTEE'S COMMISSION AS PER COURT ORDER DATED 8/13/20 AS DOC NO. 151. | 2100-000 |  | 46,294.49 | 597,552.89 |
| 08/17/20 | 1010 | ERIC R. PERKINS, TRUSTEE | TRUSTEE'S COMMISSION AS PER COURT ORDER DATED 8/13/20 AS DOC NO. 151. | 2100-000 |  | 41,053.61 | 556,499.28 |
| 08/17/20 | 1011 | ERIC R. PERKINS, TRUSTEE | TRUSTEE'S EXPENSES AS PER COURT ORDER DATED 8/13/20 AS DOC NO. 151. | 2200-000 |  | 322.05 | 556,177.23 |
| 08/17/20 | 1012 | ERIC R. PERKINS, TRUSTEE | TRUSTEE'S EXPENSES AS PER COURT ORDER DATED 8/13/20 AS DOC NO. 151. | 2200-000 |  | 674.92 | 555,502.31 |
| 08/17/20 | 1013 | McElroy, Deutsch, Mulvaney & Carpenter, LLP | SECOND AND FINAL FEES APPROVED AS PER COURT ORDER DATED 4/29/20 AS DOC NO. 145. | 3210-000 |  | 44,598.00 | 510,904.31 |
| 08/17/20 | 1014 | McElroy, Deutsch, Mulvaney & Carpenter, LLP | SECOND AND FINAL EXPENSES APPROVED AS PER COURT ORDER DATED 4/29/20 AS DOC NO. 145. | 3220-000 |  | 2,654.86 | 508,249.45 |
| 08/17/20 | 1015 | BERSON & CORRADO | FEES APPROVED AS PER COURT ORDER DATED 4/29/20 AS DOC NO. 144. | 3410-000 |  | 14,608.50 | 493,640.95 |
| 08/17/20 | 1016 | DANDANA LLC | DEBTOR'S SURPLUS CHECK | 8200-002 |  | 488,419.87 | 5,221.08 |
| 08/17/20 | 1017 | Level 3 Communications, LLC | INTEREST PAYMENT ON PROOF OF CLAIM NO. 1 | 7990-000 |  | 347.23 | 4,873.85 |

**Page Subtotals:**    $0.00    $1,343,633.67

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

**Exhibit 9**

**Cash Receipts And Disbursements Record**

Page: 7

| **Case No.:** | 13-15097 | **Trustee Name:** | Eric R. Perkins (500310) |
|---|---|---|---|
| **Case Name:** | DANDANA LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***8812 | **Account #:** | ******2117 Checking Account |
| **For Period Ending:** | 09/09/2020 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/17/20 | 1018 | Chesley Oriel, As Attorney for Stars For Art Production FZ LLC | INTEREST PAYMENT ON PROOF OF CLAIM NO. 3I | 7990-000 | | 4,717.02 | 156.83 |
| 08/17/20 | 1019 | Department of Treasury Internal Revenue Service | INTEREST PAYMENT ON PROOF OF CLAIM NO. 4P | 7990-000 | | 87.34 | 69.49 |
| 08/17/20 | 1020 | Department of Treasury Internal Revenue Service | INTEREST PAYMENT ON PROOF OF CLAIM NO. 4U | 7990-000 | | 69.49 | 0.00 |
| | | **COLUMN TOTALS** | | | 2,032,260.66 | 2,032,260.66 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 2,135.30 | 0.00 | |
| | | **Subtotal** | | | 2,030,125.36 | 2,032,260.66 | |
| | | | Less: Payments to Debtors | | | 788,419.87 | |
| | | **NET Receipts / Disbursements** | | | **$2,030,125.36** | **$1,243,840.79** | |

{ } *Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 8

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 13-15097 | **Trustee Name:** | Eric R. Perkins (500310) |
| **Case Name:** | DANDANA LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***8812 | **Account #:** | ******2117 Checking Account |
| **For Period Ending:** | 09/09/2020 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $2,035,125.36 |
| Plus Gross Adjustments: | -$895,118.85 |
| Less Payments to Debtor: | $788,419.87 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $351,586.64 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******9766 Checking Account | $5,000.00 | $2,864.70 | $0.00 |
| ******2117 Checking Account | $2,030,125.36 | $1,243,840.79 | $0.00 |
| | $2,035,125.36 | $1,246,705.49 | $0.00 |

09/09/2020
Date

/s/Eric R. Perkins
Eric R. Perkins

UST Form 101-7-TDR (10 /1/2010)